# `UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

---

### No. 201800033

---

### UNITED STATES OF AMERICA
Appellee

v.

### DAKODA M. VAN HOUTTE
Hospitalman (E-3), U.S. Navy
Appellant

---

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major Terrance J. Reese, USMC.
Convening Authority: Commanding Officer, 2d Supply Battalion,
Combat Logistics Regiment 25, Camp Lejeune, NC.
Staff Judge Advocate's Recommendation: Major Andrea C. Goode,
USMC.
For Appellant: Captain Matthew A. Blackwood, USMCR.
For Appellee: Brian K. Keller, Esq.

---

Decided 03 May 2018

---

Before MARKS, PRICE, and GERDING, *Appellate Military Judges*

---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court